Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
Scott M. Johnson (SBN 287182)
SJohnson@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Shereen Reid

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| SHEREEN REID,<br><br>           Plaintiff,<br><br>   v.<br><br>SEVENTH AVENUE,<br><br>           Defendant. | Case No.: 2:17-cv-02209-KJM-DB<br><br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT SEVENTH AVENUE; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Shereen Reid and defendant Seventh Avenue that Seventh Avenue be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

DATED: January 9, 2018                    **Sagaria Law, P.C.**

                              By:    */s/ Elliot Gale*
                                     Elliot Gale
                                     Attorney for Plaintiff Shereen Reid


DATED: January 9, 2018                    **Reed Smith, LLP**

                              By:    */s/ Raagini Rashmi Shah*
                                     Raagini Rashmi Shah
                                     Attorney for Defendant Seventh Avenue


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Raagini Rashmi Shah has concurred in this filing.


*/s/ Elliot Gale*


## [PROPOSED] ORDER

        Pursuant to the stipulation of the Parties, Seventh Avenue is dismissed with prejudice.

        IT IS SO ORDERED.


DATED:        _____              _____
                                          Hon. Kimberly J. Mueller
                                          UNITED STATES DISTRICT JUDGE